NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEOLATTANA TOOTOO SAPHILOM,**

*Plaintiff-Appellant*

**v.**

**NEWREZ LLC, SHELLPOINT MORTGAGE SERVICES,**

*Defendants-Appellees*

---

2024-2060

---

Appeal from the United States District Court for the Western District of Virginia in No. 3:24-cv-00008-NKM-JCH, Senior Judge Norman K. Moon.

---

**ON MOTION**

---

Before LOURIE, CUNNINGHAM, and STARK, *Circuit Judges.*

PER CURIAM.

## O R D E R

Keolattana Tootoo Saphilom appeals from the district court's judgment dismissing her complaint in this foreclosure action.  She moves for leave to proceed *in forma pauperis*.  The appellees move to dismiss for lack of

jurisdiction. Ms. Saphilom responds, asking "this court to deny [the] motion to dismiss," to "transfer to the appropriate jurisdiction if this jurisdiction is not appropriate," and to grant a "stay pending appeal." ECF No. 19 at 3.

Our jurisdiction to review decisions of federal district courts extends only to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); or cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1). This case is outside of that limited subject matter jurisdiction.

We may transfer a civil action to another court, if it is in the interest of justice, where "the action or appeal could have been brought at the time it was filed." *See* 28 U.S.C. § 1631. Although the appellees argue that this case should be dismissed on frivolousness grounds, we deem it the better course to transfer this appeal to the United States Court of Appeals for the Fourth Circuit for that court to consider appellant's arguments regarding the merits.

Accordingly,

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Fourth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

August 21, 2024
Date

Jarrett B. Perlow
Clerk of Court